1  SCHEIDEMANTLE LAW GROUP P.C.
   DAVID R. SCHEIDEMANTLE, State Bar No. 150054
2  David@Scheidemantle-Law.com
   ADAM D. WIEDER, State Bar No. 239369
3  Adam@Scheidemantle-Law.com
   35 East Union Street, Suite F
4  Pasadena, California 91103
   Telephone: (626) 660-4434
5  Facsimile: (800) 616-4410

6  Attorneys for Plaintiffs
   HOWARD J. SMUCKLER and
7  RELATED CONSTRUCTION, INC.

8  Limor Lehavi (Bar No. 189054)
   llehavi@lslawoffices.com
9  LEHAVI STARGARDTER, LLP
   P.O. Box 5973
10 Orange, CA 92863
   T: (949) 570-9575
11 F: (949) 570-9580

12 Attorneys for Defendant
   KINSALE INSURANCE COMPANY
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD J. SMUCKLER, an individual; RELATED CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, an Unknown Entity, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:22-CV-05190-DSF-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated therein against all parties, with each party to bear its/his own attorneys' fees and costs.

Dated: November 27, 2023          **SCHEIDEMANTLE LAW GROUP P.C.**

By:  */s/ David R. Scheidemantle*
     David R. Scheidemantle
     Adam D. Wieder
     Attorneys for Plaintiffs
     HOWARD J. SMUCKLER and
     RELATED CONSTRUCTION, INC.

Dated: November 27, 2023          **LEHAVI STARGARDTER, LLP**

By:  */s/ Limor Lehavi (with permission)*
     Lemor Lehavi
     Attorneys for Defendant
     KINSALE INSURANCE COMPANY