JS-6

SCHEIDEMANTLE LAW GROUP P.C.
DAVID R. SCHEIDEMANTLE, State Bar No. 150054
David@Scheidemantle-Law.com
ADAM D. WIEDER, State Bar No. 239369
Adam@Scheidemantle-Law.com
35 East Union Street, Suite F
Pasadena, California 91103
Telephone:  (626) 660-4434
Facsimile:   (800) 616-4410

Attorneys for Plaintiffs
HOWARD J. SMUCKLER and
RELATED CONSTRUCTION, INC.

Limor Lehavi (Bar No. 189054)
llehavi@lslawoffices.com
LEHAVI STARGARDTER, LLP
P.O. Box 5973
Orange, CA 92863
T: (949) 570-9575
F: (949) 570-9580

Attorneys for Defendant
KINSALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD J. SMUCKLER, an individual; RELATED CONSTRUCTION, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KINSALE INSURANCE COMPANY, an Unknown Entity, and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. 2:22-CV-05190-DSF-AGR<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

- 1 -

1  Before this Court is the Joint Stipulation and Order for Dismissal with
2  Prejudice jointly filed by Plaintiffs Howard J. Smuckler and Related Construction,
3  Inc., and Defendant Kinsale Insurance Company, by and through their respective
4  counsel of record.  The parties have stipulated and jointly move that the Court enter
5  an order that this matter be dismissed in its entirety and that all claims of the parties
6  in this matter be dismissed with prejudice and on the merits, each party to bear
7  its/his own respective costs and attorneys' fees.
8
9
10
11
12  Dated:  November 27, 2023
    
    THE HONORABLE DALE S. FISCHER
13  UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28